

**ORDERED in the Southern District of Florida on April 12, 2013.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**

**WILLIAM R. KAZAKAVAGE, SR.**
**and LAURA K. KAZAKAVAGE,**

  **Debtors.**
_____/

**CASE NO. 12-34019-EPK**
**CHAPTER 13**

### ORDER DISMISSING CASE

**THIS MATTER** came before the Court *sua sponte*.  Pursuant to this Court's

December 28, 2012 *Order Converting Case Under Chapter 7 to Case Under Chapter 13* [ECF

No. 29] (the "Order Converting Case"), the Debtors were to file, within 15 days from entry

of the Order Converting Case, the Official Bankruptcy Form 22 C "Statement of Current

Monthly Income and Disposable Income Calculation For Use In Chapter 13" and a chapter

13 plan using the Local Form required by Local Rule 3015-1(B)(1).  The Debtors failed to

file these documents by the deadline.  With the Court having reviewed the record and being

fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

1.      In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above-named debtor earlier than 180 days from entry of this order.

2.      All pending motions are denied as moot.

3.      The trustee shall file a final report prior to the administrative closing of the case.

4.      In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the re-filing violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

### ###

Copies furnished to:

All parties of record by the Clerk