UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:
William R. Kazakavage, Sr.         Case No. 12-34019-EPK
Laura K. Kazakavage                **Chapter** 13
_____/
Debtor(s)

MOTION TO REOPEN AND
REINSTATEMENT OF CHAPTER 13 BANKRUPTCY

Debtor(s), William R. Kazakavage Sr. and Laura K Kazakavage, hereby request the Court to reopen and to reinstate my Chapter 13 Bankruptcy.

All deficiencies and requested documents have been cured and filed.

Wherefore, Debtor(s) pray that the Court will enter an Order Reinstating my Chapter 13Bankruptcy and reset my 341 Meeting of Creditors.

_____        _____
Debtor                                Co-Debtor
413 Riverside Drive                   413 Riverside Drive
Palm Beach Gardens, FL 33410          Palm Beach Gardens, FL 33410