

**ORDERED in the Southern District of Florida on September 18, 2013.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 12-34019-EPK

WILLIAM R. KAZAKAVAGE, SR.,                               Chapter 7
and LAURA K. KAZAKAVAGE,

    Debtors.
_____/

### ORDER DENYING MOTION FOR REHEARING

THIS MATTER came before the Court upon the *Motion for Rehearing on Three Orders; Motion to Stay Disgorgement of Fees, Sanctions and Damages and Motion for an Extension to File Required 14 Day Notice* [ECF No. 60] (the "Motion"). In the Motion, Joseph T. Schiavone, Jr. requests, in part, relief from the *Order Suspending Herbert W. Biggs, Esq. from Practice before the United States Bankruptcy Court for the Southern District of Florida* [ECF No. 56] (the "Order of Suspension"). The Order of Suspension does not address Mr. Schiavone in any way. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 60] is DENIED.

###

Copy furnished by the Clerk of Court to:

Joseph T. Schiavone, Jr.
521 Northlake Boulevard #4
North Palm Beach, FL 33408

William R. Kazakavage, Sr.
413 Riverside Dr
Palm Beach Gardens, FL 33410

Laura K. Kazakavage
413 Riverside Dr
Palm Beach Gardens, FL 33410

Robin R Weiner

AUST